THE STATE OF KANSAS, *ex rel. Fred S. Jackson, as At-torney-general,* v. W. H. DIXON *et al.*

No. 16,193.

Original proceeding in *quo warranto.* Opinion filed April 10, 1909. Judgment for the defendants.

*Fred S. Jackson,* attorney-general, and *Carr W. Tay-lor,* assistant attorney-general for Reno county, for The State.

*A. C. Malloy, F. F. Prigg,* and *C. M. Williams,* for the defendants.

*Per Curiam:* The commissioner having declined to find that the defendants failed to notify the county attorney as the statute requires, judgment is rendered for the defendants, with costs.

---

THE STATE OF KANSAS V. W. R. BURKE.

No. 16,254.

Appeal from Atchison district court; BENJAMIN F. HUDSON, judge. Opinion filed April 10, 1909. Affirmed.

*Fred S. Jackson,* attorney-general, and *Charles D. Shukers,* special assistant attorney-general, for The State.

*J. P. Adams,* and *C. J. Conlon,* for the appellant.

*Per Curiam:* The defendant was convicted of the violation of an injunction restraining him from maintaining a nuisance in a certain place in the city of Atchison. He appeals from the judgment. No question is presented which has not heretofore been determined by the decisions of this court. The evidence regarding the records of the collector of internal revenue was properly admitted. (*The State v. Schaeffer,* 74 Kan. 390; *The State v. Fishback,* 79 Kan. 679.) There was substantial evidence to sustain the finding, and that determines the inquiry here.

The judgment is affirmed.